IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-10907
_____

CHARLES FREEMAN; ROSALYN BROWN

Plaintiffs-Appellees-Cross-Appellants

versus

CITY OF DALLAS

Defendant-Appellant-Cross-Appellee

- - - - -
Appeal from the United States District Court for the
Northern District of Texas
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion August 18, 1999, 5 Cir., 1999, _____F.3d_____)

(January 10, 2000)

Before KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.